Information to identify the case:

Debtor: Spartan Odyssey, LLC (Name) — EIN: 87−2564075

United States Bankruptcy Court: Southern District of Florida — Date case filed for chapter: 11 10/16/26

Case number: 26−23846−CAP

# Notice of Chapter 11 Bankruptcy Case

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See box 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's Full Name** | Spartan Odyssey, LLC | |
| 2. **All Other Names Used in the Last 8 Years** | dba Spartan Vacations, dba Apollo Destinations, dba ACS Vacations, dba Alpha Capital Solutions | |
| 3. **Address** | 101 North Riverside Drive<br>Suite 206<br>Pompano Beach, FL 33062 | |
| 4. **Debtor's Attorney** (or Pro Se Debtor) Name and address | Andrew J Wit<br>1110 North Florida Avenue<br>Suite 203<br>Tampa, FL 33602 | Contact phone 904−254−5106 |
| 5. **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered**<br>All visitors (except minors accompanied by an adult) to any federal building or courthouse must present a current, valid government−issued photo identification. Documents in this case may be filed at this address. | Federal Building<br>299 E Broward Blvd, Room 112<br>Ft Lauderdale FL 33301 | Hours open 8:30 a.m. − 4:00 p.m.<br>Contact Phone (954) 769−5700<br>Clerk of Court: **Joseph Falzone**<br>Dated: **10/19/26** |
| 6. ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 30, 2026 at 09:30 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE***<br>**Trustee: Office of the US Trustee**<br>Call in number: 888−330−1716<br>Participant Code: 5155182 |

**WARNING TO DEBTOR: YOUR CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING IF YOU DO NOT APPEAR AT THE MEETING**

| | | |
|---|---|---|
| 7. **Proof of Claim Deadline** | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/28/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/14/27** |
| **When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadlines for Filing Proof of Claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed, contingent,* or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. **Exception to Discharge Deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523 applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for Filing the Complaint: 01/29/2027** | |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 Bankruptcy Case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Discharge of Debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. §1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |
| 12. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | A creditor may register to receive clerk−served notices and orders electronically at: https://bankruptcynotices.uscourts.gov. A debtor may register to receive clerk−served notices and orders electronically by filing local form Debtor's Request to Receive Notices Electronically Under DeBN Program. | |
| 13. **Interpreting Services at the Meeting of Creditors** | Upon request to the trustee, a telephone interpreter will be provided at no cost to any debtor who does not speak English. Anyone with a communication disability who requires assistance at the meeting of creditors should contact the U.S. Trustee's Office. | |